# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 19-44 DMG (MRW) | Date | March 5, 2019 |
|---|---|---|---|
| Title | Staples v. Madden | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

1. After screening Petitioner's habeas corpus petition, the Court (Magistrate Judge Wilner) ordered Petitioner to submit a supplemental statement addressing several obvious defects with his habeas action. (Docket # 5.) Petitioner failed to file an appropriate response. (His brief submission regarding the existence of an allegedly relevant, new state law is not sufficient to address the issues that the Court identified. (Docket # 8).)

2. Petitioner is ordered to show cause why the action should not be dismissed for failure to state a claim and for failing to comply with a court order. Petitioner's response to the OSC and his substantive supplemental statement are due by or before March 27, 2019.

**Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**