# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORVELL STAPLES,<br><br>          Petitioner,<br><br>          v.<br><br>RAYMOND MADDEN, Warden,<br><br>          Respondent. | Case No. ED CV 19-44 DMG (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**FRCP 41 / LR 72-3.2** |

    1.    Petitioner is a state prisoner. He filed this habeas action [28 U.S.C. § 2254] raising a claim about his lack of access to transcripts of his state criminal trial.

    2.    After a series of screening orders (Magistrate Judge Wilner) and the California Attorney General's lodging of the trial record [Doc. # 13], though, it became apparent that Petitioner only really wanted a copy of the jury instructions used at his trial. Judge Wilner provided those materials to Petitioner in the interests of justice. [Doc. # 18.]

3. Petitioner subsequently filed a request to voluntarily dismiss the habeas action in its entirety. [Doc. # 19.]

4. The request is GRANTED. The above-captioned action is dismissed without prejudice as requested. Fed. R. Civ. P. 41(a) (voluntary dismissal); L.R. 72-3.2 (magistrate judge may submit proposed order for summary dismissal to district judge "if it plainly appears from the face of the petition [ ] that the petitioner is not entitled to relief").

IT IS SO ORDERED.

DATED: August 26, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE